<hr />

JOHN S. RHEA et al. *v.* STEAMER JOHN SIMONDS AND OWNERS.

Where a transcript is filed on the fourth judicial day after the return day, and exclusive of that day, the appeal will be dismissed.

APPEAL from the Fourth District Court of New Orleans, *Price, J.* *Edmond Pendleton,* for plaintiffs. *Hunton & Miller,* for defendants.

BUCHANAN, J. A motion is made to dismiss this appeal, on the ground that the transcript was not filed within the legal delay.

The appeal was returnable the fourth Monday of March, 1860 : which was the 26th day of the month. The transcript was filed in this court on the 3rd April, which was the fourth judicial day after the return day, and exclusive of that day. This was too late.

Appeal dismissed, with costs.

DUFFEL, J., absent.